DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHANE HARDISON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-301

[June 4, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case Nos. 11-003397CF10A & 16-000894CF10A.

Shane Hardison, Pahokee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***